[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 221.]

THE STATE EX REL. FELDKAMP, APPELLANT, *v.* EAST OHIO GAS COMPANY ET AL., APPELLEES.

[Cite as *State ex rel. Feldkamp v. E. Ohio Gas Co.*, 1998-Ohio-357.]

*Workers' compensation–Court of appeals' judgment affirmed.*

(No. 97-730–Submitted October 27, 1998–Decided December 30, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD05-649.

_____

*Harold Ticktin*, for appellant.

*Buckley, King & Bluso* and *Gary A. Weiss*, for appellee East Ohio Gas Company.

*Betty D. Montgomery*, Attorney General, and *Michael A. Vanderhorst*, Assistant Attorney General, for appellee Industrial Commission.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., not participating.

_____